WALDRON, Appellant, v. SULLIVAN et al., Respondents (two cases). (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by William F. Waldron against Catherine Sullivan and others.

PER CURIAM. Judgments affirmed, with costs to the respondents, including the guardian ad litem for the infant Teresa.

JENKS, P. J., takes no part.

WALDT v. GOODWIN MFG. CO. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Ralph Waldt against the Goodwin Manufacturing Company. No opinion. Motion granted upon payment by plaintiff of $30 trial fee, $10 costs of this motion, $10 costs and disbursements of the appeal in this court, and costs on the demurrer in the court below. Settle order on notice. See, also, 138 N. Y. Supp. 1147.

WALLACE, Appellant, v. HENDLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Frederick J. Wallace against Millward H. Hendley. No opinion. Judgment affirmed, with costs.

WANN, Appellant, v. AMY et al., Respondents, et al. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by Anna L. Wann, as surviving trustee, etc., against Louis H. Amy and others. F. L. Kohlman, of New York City, for appellant. E. J. McGuire, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

WARNER, Respondent, v. GEORGE A. OTIS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Francis L. Warner against the George A. Otis Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held: (1) That the plaintiff failed to show the defendant guilty of actionable negligence. (2) That even assuming that the defendant was negligent in maintaining the unguarded gas jet burning in the hallway from which the fire originated, such negligence was not a proximate cause of the plaintiff's injuries.

KRUSE, P. J., and LAMBERT, J., dissent, upon the ground that, although the burning gas jet was erroneously eliminated on the trial as a proximate cause, the verdict may be sustained upon the ground that the defendant's president negligently directed the plaintiff to take the burning bale from the building, and whether defendant's president was negligent or merely erred in judgment, was a question of fact.

WASHBURN et al., Appellants, v. SALMON, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.)

Action by Albert H. Washburn and others against William Salmon. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Segschneider v. Waring Hat Manufacturing Co., 134 App. Div. 217, 118 N. Y. Supp. 1000. See, also, 154 App. Div. 949, 139 N. Y. Supp. 1149.

In re WASHINGTON SAVINGS BANK. (Supreme Court, Appellate Division, First Department. April 24, 1914.) In the matter of the Washington Savings Bank, in liquidation. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re WATER FRONT ON NORTH RIVER IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 15, 1914.) In the matter of the City of New York as to title to water front on North River between West Eighteenth and West Twenty-Third streets. No opinion. Order affirmed, with costs. Order filed.

WEAVER, Appellant, v. CITY OF NEW YORK, Respondent. Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by Maud Weaver, as administratrix, etc., against the City of New York. C. J. Belfer, of Brooklyn, for appellant. C. J. Nehrbas, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WECHSLER, Appellant, v. RAWAK, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Jacob Wechsler against George Rawak. A. K. Stricker, of New York City, for appellant. I. L. Ernst, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 158 App. Div. 922, 143 N. Y. Supp. 1149.

WEIBERT, Appellant, v. HANAN, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Charles J. Weibert against Herbert W. Hanan. No opinion. Judgment affirmed, with costs. See, also, 136 App. Div. 388, 121 N. Y. Supp. 35; 202 N. Y. 328, 95 N. E. 688.

WEIL, Respondent, v. F. I. A. T., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Carl Weil against F. I. A. T. No opinion. Judgment and order unanimously affirmed, with costs.

WEIL, Respondent, v. F. I. A. T., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Harry Weil, by Carl Weil, his guardian ad litem, against F. I. A. T.

PER CURIAM. Judgment and order unanimously affirmed, with costs. The evidence both as to negligence and the extent and gravity of plaintiff's injuries was conflicting, and therefore the jury were to determine the credibility and weight to be given to this testimony. As there was evidence to sustain their verdict, and appellant's exceptions to the rulings, of the